# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIANA MARINOVA, et al.<br>Plaintiffs<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURTY, et al<br><br>Defendants | Civil Action<br>CASE NO.: 08 c 7222<br><br>Hon. Judge Wayne R. Anderson<br><br>Hrg date: 25 June 2009 @ 9:00AM<br><br>[PROPOSED] ORDER IN RE:<br>Stipulation |

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. The Court hereby finds that the ends of justice justify the granting of the requested continuance.

2. The Status Conference hearing in the above-entitled matter is hereby continued from 25 June 2009 to _Oct 8_ at _9_ A.M..

Dated: _June 26_, 2009

_W. C. [signature]_

Wayne R. ANDERSEN

UNITED STATES DISTRICT JUDGE

Proposed order

1