# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Mariana Marinova, et al.

                Plaintiff,

v.

United States Department of Homeland Security, Citizenship and Immigrant Services, et al.

                Defendant.

Case No.: 1:08−cv−07222

Honorable Wayne R. Andersen

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 8, 2009:

    MINUTE entry before the Honorable Wayne R. Andersen:Status hearing held on 10/8/2009 and continued to 1/7/2010 at 09:00 AM. The Court gives plaintiff's counsel leave to file an appearance.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.