UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.0.3**
Eastern Division

Mariana Marinova, et al.
                                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−07222
                                                    Honorable Geraldine Soat Brown

United States Department of Homeland Security,
Citizenship and Immigrant Services, et al.
                                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 15, 2010:

    MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held and continued to 10/14/10 at 9:45 a.m.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.